UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUSTAVO AGUILERA, NICOLE OSIBIN, and JAMES ANDREW RIVERA APOSTOL, Individuals, on Behalf of Themselves and in their Representative Capacities on Behalf of the State of California as Aggrieved Employees,<br><br>Plaintiffs,<br><br>v.<br><br>TRAX RETAIL, INC., a Delaware corporation; BET INFORMATION SYSTEMS, INC. DBA SURVEY.COM, a Delaware corporation; TRAX RETAIL HOLDINGS, LLC, a business of unknown formation; and DOES 1 TO 50,<br><br>Defendants. | Case No.: 3:25-cv-2655-JES-MSB<br><br>**ORDER GRANTING JOINT STIPULATION TO SUBMIT PLAINTIFFS' CLAIMS TO ARBITRATION AND TO STAY ACTION**<br><br>**[ECF No. 6]** |

Before the Court is a joint stipulation and motion to stay this action by Plaintiffs Gustavo Aguilera, Nicole Osibin, and James Andrew Rivera Apostol ("Plaintiffs") and Defendants Trax Retail, Inc., Bet Information Systems, Inc. dba Survey.com, and Trax Retail Holdings, LLC ("Defendants") (together, the "Parties"). ECF No. 6. The Parties

1  have agreed that Plaintiffs' claims are submitted to separate final, binding arbitration in
2  accordance with the terms of the Agreement to Arbitrate. *Id.*
3      Pursuant to the Parties' stipulation, the Court hereby **GRANTS** the motion and
4  **STAYS** this action pending completion of the arbitration.  All pending dates before this
5  Court in this action are **VACATED**.
6      **IT IS SO ORDERED.**

8  Dated: November 25, 2025

Honorable James E. Simmons Jr.
United States District Judge